THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRIS EVANOW, | Case No. 2:23-cv-00995-KKE |
| Plaintiff, | ORDER GRANTING THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES |
| v. | |
| TRIDENT SEAFOODS CORPORATION, | |
| Defendants. | |

# ORDER

THIS MATTER came before the Court on the parties' stipulated joint motion to continue trial date and related dates. Dkt. No. 41. The Court, having considered the joint motion and the pleadings on file in this action, finds that, based upon the joint motion and agreement of the parties, good cause exists to strike the current trial date and related deadlines and set a new trial date and extend the current deadlines.

It is, therefore, ORDERED that the trial is continued to July 7, 2025 at 9:30am. Trial dates are updated as follows:

| DESCRIPTION | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | September 30, 2024 | December 9, 2024 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | October 30, 2024 | January 8, 2025 |
| Discovery completed by | November 29, 2024 | February 7, 2025 |
| All dispositive motions and motions challenging expert | December 30, 2024 | March 10, 2025 |

ORDER GRANTING THIRD STIPULATED MOTION TO
CONTINUE TRIAL DATE AND RELATED DATES - 1

| | | |
|---|---|---|
| witness testimony must be filed by (see LCR 7(d)) | | |
| Settlement conference held no later than | February 27, 2025 | May 8, 2025 |
| All motions in limine must be filed by | March 24, 2025 | June 2, 2025 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | April 7, 2025 | June 16, 2025 |
| Trial briefs, proposed voir dire questions, and deposition designations due | April 14, 2025 | June 23, 2025 |
| Pretrial Conference at 10:00 a.m. on | April 18, 2025 | June 27, 2025 |

The stipulated motion to continue is GRANTED. Dkt. No. 41.

The parties also agreed to defer any ruling on Plaintiff's motion for summary judgment (Dkt. No. 33) until after the planned mediation. Accordingly, the Clerk is instructed to terminate that motion. Dkt. No. 33. If mediation is unsuccessful, Plaintiff can contact the Court to reactivate the motion.

So ordered and adjudged on this 1st day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING THIRD STIPULATED MOTION TO
CONTINUE TRIAL DATE AND RELATED DATES - 2