UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KRIS EVANOW,

    Plaintiff,

v.

TRIDENT SEAFOODS CORPORATION

    Defendants.

Case No.: 2:23-cv-00995
Honorable Kymberly K. Evanson

**ORDER OF**
**DISMISSAL WITH PREJUDICE**

**ORDER OF DISMISSAL**

Based upon the parties' stipulation (Dkt. No. 44), and the Court having reviewed the files and records herein and being full advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims asserted herein are hereby dismissed with prejudice, and with the Parties to bear their own attorneys' fees and costs.

Dated: December 9, 2024

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge